**Corey Jawan ROBINSON,
Plaintiff—Appellant,**

v.

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; Jon Ozmint; James Blackwell; Sgt. W. Young; Tiffany Starks; Sarah M. Roberts; Ann Hallman; HCA Gregory Sarver; Lieber Correctional Institution; David**

Tatarsky; Anna Moaks; Candace A. Wigfall; Ramnarine Jaglal; Lt. Dessirence Lloyd; Sgt. Y. Blowe; Dho A. Brown; Warden Wayne McCave; Cpl. Grealin Fraizer; Sgt. J. Smith; Doctor R. Babb, Defendants—Appellees.

No. 12–6531.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 26, 2012.

Decided: Aug. 2, 2012.

Corey Jawan Robinson, Appellant Pro Se. Elloree Ann Ganes, Robert Holmes Hood, Jr., Thomas Happel Scurry, Hood Law Firm, Charleston, South Carolina, for Appellees.

Before MOTZ, DAVIS, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Corey Jawan Robinson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robinson v. S.C. Dep't of Corr.*, No. 5:10–cv–02593–HMH, 2012 WL 851042 (D.S.C. Mar. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*